RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM; JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**OCT 19 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>    Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>    Debtor and Debtor in Possession.<br>_____<br>☒  Affects Both Debtors<br><br>☐ Affects Zetta Jet USA, Inc., a California corporation only<br><br>☐ Affects Zetta Jet PTE, Ltd., a Singaporean corporation only | Lead Case No.: 2:17-bk-21386-SK<br>Jointly Administered With: 2:17-bk-21387-SK<br>(Zetta Jet PTE, Ltd., a Singaporean corporation)<br><br>Chapter 11 Cases<br><br>**ORDER APPROVING APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS BANKRUPTCY COUNSEL**<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

1

This Court having considered the application filed by Zetta Jet USA, Inc., a California corporation, and Zetta Jet PTE, Ltd., a Singaporean corporation (collectively, the "Debtors"), the debtors and debtors in possession in the above-captioned jointly administered Chapter 11 bankruptcy cases, for authority to jointly employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as their bankruptcy counsel in connection with their Chapter 11 bankruptcy cases (the "Application") and all papers filed by the Debtors in support of the Application, proper notice of the Application having been provided in accordance with Local Bankruptcy Rule 2014-1(b)(2), having received no objection to the Application, having found that LNBYB does not hold or represent any interest adverse to the Debtors or the Debtors' bankruptcy estates, that LNBYB is "disinterested" as that term is defined in 11 U.S.C. § 101(14) and that LNBYB's employment is in the best interest of the Debtors' bankruptcy estates, and other good cause appearing,

IT IS HEREBY ORDERED that the Debtors' joint employment of LNBYB as their bankruptcy counsel is approved upon the terms set forth in the Application, with such employment to be effective as of September 15, 2017.

**IT IS SO ORDERED.**

###

Date: October 19, 2017

Sandra R. Klein
United States Bankruptcy Judge